IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD FRIEDLAND,** | : | Case No. 2:21-cv-05404-JDW |
| *Petitioner,* | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL ZAKEN,** | : | |
| *Respondent.* | : | |
| | : | |

### ORDER

**AND NOW**, this 7th day of August, 2024, upon consideration of Petitioner Edward Friedland's Amended Petition For Writ Of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 28) and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Petitioner's Objections To Report And Recommendation (ECF No. 46) are **OVERRULED**;

2. The Report And Recommendation dated December 8, 2023 (ECF No. 43) is **APPROVED** and **ADOPTED**;

3. The Amended Petition For Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 is **DENIED IN PART** and **DISMISSED IN PART**, as follows:

    a. Petitioner's Issue Number One, ineffective of counsel, is **DENIED**; and

    b.  Petitioner's Issue Numbers Two and Three are **DISMISSED** as untimely.

  4.  The Clerk of Court shall mark this case closed for statistical purposes.

             **BY THE COURT:**

             */s/ Joshua D. Wolson*
             JOSHUA D. WOLSON, J.